# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 16, 2019

*By the Court:*

Nos. 18-1498, 18-1499, 18-2170 & 18-2177

| | |
|---|---|
| J.K.J. and M.J.J., | Appeals from the United States District |
|     *Plaintiffs-Appellees*, | Court for the Western District of |
| | Wisconsin. |
|     *v.* | |
| | Nos. 15-cv-00428-wmc and |
| POLK COUNTY and | 15-cv-00433-wmc |
| DARRYL L. CHRISTENSEN., | |
|     *Defendants-Appellants*. | William M. Conley, |
| | *Judge*. |

## O R D E R

The petition for rehearing en banc is **GRANTED**. The opinion and judgment entered by the panel are **VACATED**. Oral argument will be heard on a date to be set by further order.